**STATE of Missouri, Respondent,**

v.

**Julie LAUX, Appellant.**

**No. WD 76019.**

Missouri Court of Appeals, Western District.

March 25, 2014.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 29, 2014.

Gregory Barnes, Jefferson City, MO, for appellant.

Daniel E. Hunt, Jefferson City, MO, for respondent.

Before Division Two GARY D. WITT, Presiding Judge, LISA WHITE HARDWICK and ALOK AHUJA, Judges.

#### ORDER

PER CURIAM.

Julie Laux appeals her conviction for first-degree involuntary manslaughter following a bench trial. For reasons explained in a Memorandum provided to the parties, we find no error and affirm the judgment of conviction.

AFFIRMED. Rule 30.25(b)